of the order and its acceptance by the attorney, or other agent, * * * And as to the case of an order for the proceeds of notes when collected, see Bank of Alabama vs. Krafts, et al., 18 La. 565, and also the case of Wilson vs. Lizardi, 15 La. 255."

In cases of third opposition, the claimant cannot prevail unless he either owns or has a privilege on the property seized.

John Boubede vs. John O. Aymes, Executors of McNeil, third opponents, 29 La. Ann. 274.

Livaudais vs. Livaudais, 3 La. Ann. 454.
Hickman vs. Thompson, 26 La. Ann. 260.
Code of Practice, 397, 401.

Under third opponent's allegations it does not own the money in the hands of the attorneys.

The judgment appealed from is affirmed with costs.

---

## No.——

### First Circuit

---

## COMEAUX, ET ALS., v. BROUSSARD

---

(February 15, 1928.   Opinion and Decree.)

---

(*No Syllabus*)

(See Broussard vs. Broussard, on page 635.)

Appeal from the Parish of Lafayette. Hon. W. W. Bailey, Judge.

Action by Emethilde Comeaux, et als., against Mrs. Odelia Broussard.

There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

Kennedy and Dugas, of Lafayette, attorneys for plaintiff, appellant.

DeBaillon and Meaux, of Lafayette, attorneys for defendant, appellee.

MOUTON, J.   In this case for the reasons assigned in the case of Andre Broussard vs. same defendant, and consolidated herewith for trial, it is ordered adjudged and decreed that the judgment appealed from be affirmed with costs.

---

## No. 3150

### Second  Circuit

---

## BAKER v. POLICE JURY OF CADDO PARISH, LA.

---

(March 14, 1928.   Opinion and Decree.)
(May 22, 1928.   Rehearing Refused.)

---

(*Syllabus  by  the  Editor.*)

1.  **Louisiana  Digest—Expropriation — Par. 78; Appeal—Par. 637.**

The finding of the trial court as to the amount of damage sustained by land owner due to expropriating land for a road and abandoning an old road on his property for which he was given credit being insufficient, is increased.

Appeal from the First Judicial District Court, Parish of Caddo. Hon. J. H. Stephens, Judge.

Action by F. A. Baker against Police Jury of Caddo Parish, Louisiana.